UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN JONATHAN BEYER,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.: 1:23-cv-01041-ADA-GSA<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY THE FILING FEE<br><br>(Docs. 3, 5) |

Plaintiff Martin Jonathan Beyer initiated this action by filing a complaint for judicial review of the administrative decision denying his application for Social Security benefits. (Doc. 1.). Plaintiff filed an application to proceed *in forma pauperis*. (Doc. 3). On July 19, 2023 the Magistrate Judge entered Findings and Recommendations to deny the application to proceed *in forma pauperis* and to direct Plaintiff to pay the filing fee. (Doc. 5). The Findings and Recommendations advised Plaintiff that objections were due within 14 days thereof (L.R. 304(b)) and that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)). Plaintiff did not file objections to the Findings and Recommendations. On September 5, 2023, the Court adopted the Findings and Recommendations and directed Plaintiff to pay the filing fee within 30 days, which Plaintiff has not done. Doc. 6

Accordingly, within 14 days of the entry of this order, Plaintiff is **directed** to either pay the filing fee or show cause in writing why the filing fee has not been paid.

IT IS SO ORDERED.

Dated:   **October 25, 2023**               **/s/ Gary S. Austin**
                                                                      UNITED STATES MAGISTRATE JUDGE