# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN JONATHAN BEYER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:23-cv-01041-GSA<br><br>ORDER GRANTING MOTION FOR EXTENSION<br><br>(Doc. 19) |

Plaintiff's unopposed motion for extension is granted and the motion for summary judgment is due March 27, 2024 with all other dates adjusted accordingly.

IT IS SO ORDERED.

Dated:   **March 6, 2024**            /s/ Gary S. Austin
                              UNITED STATES MAGISTRATE JUDGE

1